**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| NASIR & ASSOCIATES, LLC )<br>900 Shenandoah Shores Rd. )<br>Front Royal, VA 22630 )<br>                              )<br>    Plaintiff, )<br>                              )<br>v.                               )  Case No. _____<br>                               )<br>TUTOR PERINI CORPORATION )<br>1000 Main Street )<br>New Rochelle, NY 10801 )<br>                               )<br>Serve: The Corporation Trust, Incorporated )<br>2405 York Road, Suite 201 )<br>Lutherville Timonium, Maryland 21093 )<br>                               )<br>    Defendant. ) | |

**COMPLAINT**

Plaintiff Nasir & Associates, LLC, by counsel, states the following as its Complaint against the Defendants named herein:

**Parties and Jurisdiction**

1. Plaintiff Nasir & Associates, LLC ("Nasir & Associates") is a Maryland Limited Liability Company with its principal place of business located in Front Royal Virginia. Nasir and Associates is engaged in business as a steel fabricator and construction material supplier.

2. Defendant Tutor Perini Corporation ("Tutor Perini") is a Massachusetts corporation with its principal place of business located in New Rochelle, New York. Tutor Perini is engaged in business as a general contractor.

3. This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a) because, as set forth herein, the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## Count I
### (Breach of Contract)

4. Paragraphs 1-3 are realleged as if set forth fully herein.

5. Tutor Perini is the general contractor hired by the State of Maryland acting through the Maryland Transportation Authority ("MTA") for a Project known as Replacement of Canton Viaduct I-895 over I-95 Ramps, Railroads & City Streets and Rehabilitation of Baltimore Harbor Tunnel & Tunnel Approaches (Contract Number: HT-694-000-006) ("Project").

6. Tutor Perini contracted to purchase expansion joints, PVC conduit system supplies, and related materials for the Project from Nasir & Associates by purchase order dated January 23, 2018 ("Purchase Order"). A Copy of the Purchase Order is attached as Exhibit 1.

7. Nasir & Associates has fabricated and delivered materials to the Project in accordance with its obligations under the Purchase Order.

8. Tutor Perini breached its obligations under the Purchase Order by failing to pay for materials which were delivered in accordance with Purchase Order and accepted. Specifically, Tutor Perini failed to pay invoice 4104282 dated October 30, 2019 in the amount of $59,146.94 (Exhibit 2), invoice 4104402 dated February 28, 2020 in the amount of $259,056.05 (Exhibit 3), and invoice 4104596 in the amount of $65,773.00 (Exhibit 4).

9. In addition to the three unpaid invoices totaling $383,975.99, Nasir & Associates has suffered the following damages as a result of Tutor Perini's breach:

  a.  $12,000 in drawing preparation costs related to the remaining materials to be delivered under the Purchase Order

  b.  $75,116.98 in lost profits on materials remaining to be supplied under the Purchase Order.

  10.  As a result of Tutor Perini's breach, Nasir & Associates has been damaged in the total amount of $471,092.97.

  11.  Pursuant to the terms of the Purchase Order, payment on the invoices was due within 45 days of issuance.

  12.  All conditions and conditions precedent to the maintenance of this action have been fulfilled except to the extent the same may have been waived, prevented, or excused.

  WHEREFORE, Plaintiffs Nasir & Associates, LLC respectfully requests that this court enter judgment against Defendant Tutor Perini Corporation in the amount of $471,092.97 plus pre-and post-judgment interest and court costs and for such other and further relief as the court may deem just and appropriate.

Date: August 17, 2020.

        Respectfully Submitted,

        NASIR & ASSOCIATES, LLC

        _____/s/ M. Joseph Pierce_____
        M. Joseph Pierce
        Bar ID No.: 02507
        REES BROOME, PC
        1900 Gallows Road, Suite 700
        Tysons Corner, VA 22182
        (703) 790-1911 - Telephone
        (703) 848-2530 - Facsimile
        Email: jpierce@reesbroome.com
        *Counsel for Nasir & Associates, LLC*

2523668_1